E-FILING

# United States District Court

NORTHERN \_\_\_\_\_ DISTRICT OF \_\_\_\_\_ CALIFORNIA

FILED
2007 OCT 31  A 10: 30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Jose Angel MAGALLON-Zamora
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

**07-70651** RS

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, September 25, 2007, in Santa Clara County in the Northern District of California defendant(s) was, (Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title \_\_\_8\_\_\_ United States Code, Section(s) \_\_\_1326\_\_\_
I further state that I am a(n) Deportation Officer and that this complaint is based on the following
  Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, ten (10) years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

10/31/07 _____ at \_\_\_San Jose, California\_\_\_
Date                                                              City and State

Richard Seeborg
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

RE:   MAGALLON-Zamora, Jose Angel A70 450 746

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1)   Mr. MAGALLON-Zamora is a 39-year-old male who has used fourteen (14) aliases and four (4) dates of birth in the past.

(2)   Mr. MAGALLON-Zamora has been assigned one (1) Alien Registration number of A70 450 746, FBI number of 592410KA8, California Criminal Information Index number of A09099812, and a Santa Clara County Personal File Number of DXS923.

(3)   Mr. MAGALLON-Zamora is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on five (5) occasions from the United States:

| DATE | PLACE OF DEPORTATION |
|---|---|
| May 26, 1990 | Calexico, CA |
| February 14, 2000 | San Ysidro, CA |
| December 14, 2001 | Otay Mesa, CA |
| January 31, 2005 | Calexico, CA |
| May 6, 2005 | Nogales, AZ |

(4)   Mr. MAGALLON-Zamora last entered the United States at or near Nogales, AZ on or after May 6, 2005, by crossing the international border without inspection subsequent to deportation.

(5)   Mr. MAGALLON-Zamora on a date unknown, but no later than September 25, 2007, in Santa Clara County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and deportations, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On October 5, 2007, Mr. MAGALLON-Zamora was interviewed by Immigration Enforcement Agent (IEA) Carlos Ayala at the Santa Clara Co Jail Elmwood, Milpitas, CA, and during that interview, Mr. MAGALLON-Zamora was advised of his **Miranda** rights in Spanish and English. Mr. MAGALLON-Zamora waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

RE:   MAGALLON-Zamora, Jose Angel A70 450 746

(6)   Mr. MAGALLON-Zamora was, on August 14, 1989, convicted in the Superior Court of California, in and for the County of Alameda, for the offense of GRAND THEFT FROM PERSON, a felony, in violation of Section 487.2 of the California Penal Code, and was sentenced to ten (10) months in jail.

(7)   Mr. MAGALLON-Zamora was, on April 25, 1994, convicted in the Superior Court of California, in and for the County of Alameda, for the offense of DISORDERLY CONDUCT: UNDER THE INFLUENCE OF CONTROLLED SUBSTANCE, a misdemeanor, in violation of Section 647(f) of the California Penal Code, and was sentenced to thirty (30) days in jail.

(8)   Mr. MAGALLON-Zamora was, on October 21, 1996, convicted in the Superior Court of California, in and for the County of Alameda, for the offense of THEFT, a misdemeanor, in violation of Section 484(a) of the California Penal Code, and was sentenced to sixteen (16) days in jail.

(9)   Mr. MAGALLON-Zamora was, on January 5, 1998, convicted in the Superior Court of California, in and for the County of Alameda, for the offense of POSSESSION OF CONTROLLED SUBSTANCE, a felony, in violation of Section 11350(a) of the California Health and Safety Code, and was sentenced to sixteen (16) months in jail.

(10)  Mr. MAGALLON-Zamora was, on February 7, 2005, convicted in the United States District Court, Southern District of California, for the offense of ILLEGAL ENTRY, a misdemeanor, in violation of Title 8, United States Code, Section 1325, and was sentenced to ninety (90) days in jail.

(11)  On the basis of the above information, there is probable cause to believe that Mr. MAGALLON-Zamora illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 31st day of October, 2007

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE