UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

Northern District of California
Office of the Clerk
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

*FILED APR 23 2008*

*5-07-mj-70651-RS*

RE:       USA vs. JOSE ANGEL MAGALLON–ZAMORA
USDC No.: 1:08–MJ–00092–DLB

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated April 18, 2008 , transmitted herewith are the following documents.

**Certified copy of docket sheet, Commitment to Another District**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**April 18, 2008**          /s/ S. Arellano
                            _____
                            Deputy Clerk

RECEIVED BY:   _____
                            Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER:        _____

AO 94
(10/82)

**COMMITMENT TO ANOTHER DISTRICT**
(Rule 40, Federal Rules of Criminal Procedure)

| United States District Court | DISTRICT: Eastern District of California |
|---|---|

| UNITED STATES OF AMERICA V. Jose Angel Magallon-Zamora | DOCKET NO. |
|---|---|
| | MAGISTRATE CASE NO. 1:08-MJ-92 DLB |

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN
☐ indictment    ☐ information    ☒ complaint    ☐ Other (specify)

charging a violation of  8  U.S.C. §  1326

DISTRICT OF OFFENSE: Northern District of California

DATE OF OFFENSE: 10-31-07

DESCRIPTION OF CHARGES:

Unlawful re-entry of Illegal Alien

I hereby attest and certify on APR 18 2008
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy

**FILED**
APR 18 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

BOND IS FIXED AT $ Ordered Detained

DISTRICT: Eastern District

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

4/18/2008
Date

DENNIS L. BECK, U.S. Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

# U.S. District Court
## Eastern District of California - Live System (Fresno)
## CRIMINAL DOCKET FOR CASE #: 1:08-mj-00092-DLB-1
### Internal Use Only

Case title: USA v. Magallon-Zamora

Date Filed: 04/17/2008
Date Terminated: 04/18/2008

Assigned to: Magistrate Judge Dennis L. Beck

### Defendant (1)

**Jose Angel Magallon-Zamora**
*TERMINATED: 04/18/2008*

represented by **Robert Warren Rainwater**
Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
(559) 487-5561
Fax: (559) 487-5950
Email: robert_rainwater@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

APR 1 8 2008
I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints
None

### Disposition

### Plaintiff
USA

represented by **Kimberly A. Sanchez**

United States Attorney
2500 Tulare Street
Suite 4401
Fresno, CA 93721
559-497-4038
Email: kimberly.sanchez@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2008 | 1 | RULE 5(c)(3) DOCUMENTS RECEIVED from USDC Northern District of California as to Jose Angel Magallon-Zamora. (Lundstrom, T) (Entered: 04/18/2008) |
| 04/18/2008 | 2 | (Court only) CJA 23 FINANCIAL AFFIDAVIT by Jose Angel Magallon-Zamora. (Esteves, C) (Entered: 04/18/2008) |
| 04/18/2008 | 3 | MINUTES (Text Only) for proceedings held on 4/18/08 before Magistrate Judge Dennis L. Beck: INITIAL APPEARANCE held on out of district warrant re criminal complaint originating from the USDC, Northern District of California, as to Jose Angel Magallon-Zamora. Federal Defender appointed on behalf of defendant. Defendant waives reading/advisement of rights and identity hearing and requests to be transported back to originating district. Defendant ORDERED detained and transported to the USDC, Northern District of California. Defendant terminated. Government Counsel Kim Sanchez present. Defense Counsel Robert Rainwater present. Custody Status: In Custody. Court Reporter/CD Number: ECRO. Interpreter Anna Watrous present. (Rooney, M) (Entered: 04/18/2008) |
| 04/18/2008 | 4 | COMMITMENT to ANOTHER DISTRICT as to Jose Angel Magallon-Zamora signed by Magistrate Judge Dennis L. Beck on 04/18/2008. Defendant committed to the Northern District of California. (Arellano, S.) (Entered: 04/18/2008) |
| 04/18/2008 | 5 | DETENTION ORDER as to Jose Angel Magallon-Zamora signed by Magistrate Judge Dennis L. Beck on 04/18/2008. (Arellano, S.) (Entered: 04/18/2008) |